1098

No. 03–7324. FARESE v. UNITED STATES. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 5, 2004

No. 03–680. UTAH v. ARGUELLES. Sup. Ct. Utah. Certiorari dismissed under this Court's Rule 46.

No. 03–766. KYOCERA CORP. v. PRUDENTIAL-BACHE TRADE SERVICES, INC., ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

JANUARY 6, 2004

No. 03A563. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS v. ROBERTS. Application to vacate stay of execution of sentence of death entered by the United States District Court for the Eastern District of Arkansas on January 6, 2004, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

JANUARY 8, 2004

No. 03A576. BECK, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. v. ROWSEY ET AL. Application to vacate stay of execution of sentence of death entered by the United States District Court for the Eastern District of North Carolina on January 7, 2004, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate stay of execution.